# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| United States of America<br>v.<br>KENNETH MANZANARES<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No. 3:17-mj-00311-KFM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 25, 2017_____ in the county of _____ in the _____ District of _____Alaska_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 1111(a) | Murder |

This criminal complaint is based on these facts:
**Please see attached affidavit**

☑ Continued on the attached sheet.

Signature Redacted

_____
*Complainant's signature*

Michael Wasson    Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 26, 2017

City and state: _____Anchorage, Alaska_____

/s/ Kevin F. McCoy
United States Magistrate Judge
Signature Redacted

_____
*Judge's signature*

Kevin McCoy, United States Magistrate Judge
*Printed name and title*