3:17-mj-00311-KFM

## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

I, Michael L. Watson, being first duly sworn, upon oath, depose and state the following:

### BACKGROUND

1. I am currently employed as a Special Agent (SA) for the Federal Bureau of Investigation (FBI), and have been so employed since September of 2008. I am currently assigned to the Anchorage, Alaska Field Division, where I am a member of the FBI Safe Streets Task Force (SSTF). Prior to my employment with the FBI, I served as a Revenue Officer with the Internal Revenue Service in Denver, Colorado, from June 2007 to September 2008, and as a Certified Public Accountant with a public firm in Denver, Colorado, from August 2002 until June 2007.

2. Prior to my assignment to the Anchorage Field Division, I was assigned to the Las Vegas Field Division, where I was on the Violent Crimes/Major Offenders squad, and later the Organized Crime squad, where I worked on investigations involving southwest border narcotics trafficking, focusing primarily on Latin American cartels and cross border gangs. I would also assist the investigations that were being conducted into local domestic gang activity as well.

3. I am responsible for, among other things, conducting investigations that involve, but are not limited to, crimes on the high seas, narcotics smuggling, alien smuggling, and fraudulent use of official documents. I have received training in the investigation of trafficking, smuggling and transportation of illegal narcotics among other things.

4. The information contained below is from my personal knowledge and experience, other law enforcement personnel, or from those specific sources set forth herein. Because this affidavit is being submitted for the limited purpose of



JUL 2 6 2017

Page 1 of 4

Case 3:17-mj-00311-KFM   Document 1-1   Filed 07/26/17   Page 1 of 4

supporting the charges contained in the complaint, I have not set forth each and every fact known to me regarding this matter.

5. This affidavit is made in support of a complaint charging Kenneth Manzanares with Murder, in violation of Title 18, United States Code 1111(a).

## PROBABLE CAUSE

6. On July 25, 2017 at approximately 10:13 PM, F.B.I. Special Agent Matthew Judy received a telephone call from Peter Brust, Company Security Officer, Holland America Group. Brust advised that there had been what appeared to be a homicide onboard the cruise ship Emerald Princess. Emerald Princess personnel informed Brust of the preliminary facts, which Brust relayed as follows:

7. On July 25, 2017, at approximately 9:03 PM, Emerald Princess Security and Medical personnel had responded to an incident in cabin D726, occupied by registered guests K.M. and Kenneth Manzanares.

8. K.M. was found in the cabin and was pronounced dead by medical personnel at approximately 9:20 PM. K.M. had a severe head wound and blood was spread throughout the room on multiple surfaces.

9. Security Officer Dippen Rai advised that upon arriving at cabin D726 he noticed blood on the hands and clothing of the occupant, Kenneth Manzanares. Security Officer Rai placed Manzanares in handcuffs and secured him into the adjoining cabin, D728. Kenneth Manzanares, is the husband of the victim, K.M., and was detained by Security Officers when they responded to cabin D726.

10. Prior to Security Officer Rai arriving at the room, other witnesses entered the room they knew to be occupied by the victim, K.M. and her husband Kenneth Manzanares. Upon entering, they observed Kenneth Manzanares had blood on his hands and clothing. One of the witnesses, D.H., advised that when he entered the room he observed K.M. lying on the floor covered in blood. D.H. asked Kenneth Manzanares what had happened to which Manzanares replied, "She would not stop laughing at me".


JUL 26 2017

Page 2 of 4

11. D.H. then observed Manzanares grab K.M.'s body and drag her toward the balcony in cabin D726. D.H. then grabbed the ankles of K.M.'s body and pulled her back into the cabin of D726. Soon after, Emerald Princess security entered D726 and restrained and secured Manzanares.

12. Later, when Manzanares was being processed during a search by the F.B.I. for physical evidence, he spontaneously stated, "my life is over."

12. Brust further advised that the location of the Emerald Princess at 9:00 PM was at a latitude of 54 degrees 51.4 minutes North, and a longitude of 133 degrees 45.3 minutes West. Brust advised that the closest point of land was Forrester Island, which was approximately seven miles away.

13. On 07/26/2017, Special Agent Judy used the coordinates provided by Brust and confirmed the location of the vessel at the time of the call.

## JURISDICTIONAL MATTERS

14. The location of the Emerald Princess at the approximate time of the alleged crime, placed the ship in an area approximately seven miles away from the closest land, Forrester Island, Alaska.

15. The , "Special Maritime and Territorial Jurisdiction of the United States," is defined in Title 18 U.S.C., Section 7. 18 USC Section 7(1) defined the term to include, "The high seas, any other waters within the admiralty and maritime jurisdiction of the United States and out of the jurisdiction of any particular State..."

16. The extent of the, "Territorial Sea," of the United States was placed at 12 nautical miles by Presidential Proclamation 5928 of December 27, 1988.

17. Because of the location of the Emerald Princess at the approximate time of the criminal act, there is probable cause to believe that the ship was within the Special Maritime and Territorial Jurisdiction of the United States.


JUL 2 6 2017

## CONCLUSION

18. Based upon the foregoing information, I have probable cause to believe that KENNETH MANZANARES committed the act of Murder. All in violation of Title 18, United States Code 1111(a).

Signature Redacted

Michael L. Watson
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME this 26th day of July 2017, at Anchorage, Alaska.

/s/ Kevin F. McCoy
United States Magistrate Judge
Signature Redacted

Kevin F. McCoy
U.S. Magistrate Judge


KFM
JUL 26 2017

Page 4 of 4

Case 3:17-mj-00311-KFM   Document 1-1   Filed 07/26/17   Page 4 of 4